UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN - 3 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| THE UNIVERSITY OF TEXAS M. D.<br>ANDERSON CANCER CENTER,<br>1515 Holcombe Boulevard<br>Houston, Texas 77030,<br><br>              Plaintiff,<br>vs.<br><br>MICHAEL O. LEAVITT, Secretary<br>United States Department of Health<br>and Human Services,<br>200 Independence Avenue, S.W.<br>Washington, DC 20201,<br><br>              Defendant. | Case: 1:08-cv-00946<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 6/3/2008<br>Description: Admn. Agency Review |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiff, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the plaintiff which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                                                Attorney of Record

                                                */s/ Christopher L. Keough*

Christopher L. Keough
DC Bar No. 436567
KING & SPALDING L.L.P.
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006
(202) 626-5451 (phone)
(202) 626-3737 (fax)

Date: June 3, 2008