AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The University of Texas M. D. Anderson Cancer Center
1515 Holcombe Boulevard
Houston, Texas 77030

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary
United States Department of Health and Human Services,
200 Independence Avenue, SW
Washington, DC 20201

CASE   Case: 1:08-cv-00946
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Keough
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          JUN - 3 2008

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 3, 2008 |
| NAME OF SERVER (PRINT) Bailey Jennifer Woolfstead | TITLE Paralegal Assistant, King & Spalding |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: U.S. Attorney's Office, 555 Fourth Street NW
Washington, DC 20530

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:   Gary Nails, Legal Assistant

G   Returned unexecuted:

G   Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 3, 2008
              Date

Signature of Server: *Bailey Jennifer Woolfstead*

King & Spalding, LLP
1700 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.