AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The University of Texas M. D. Anderson Cancer Center
1515 Holcombe Boulevard
Houston, Texas 77030

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary
United States Department of Health and Human Services,
200 Independence Avenue, SW
Washington, DC 20201

CAS

Case: 1:08-cv-00946
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michael O. Leavitt, Secretary
United States Department of Health and Human Services,
200 Independence Avenue, SW
Washington, DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Keough
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUN - 3 2008

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 9, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Christopher L. Keough | Partner, King & Spalding |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

G    Other (specify):  Served by U.S. Mail (see attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 23, 2008        *[signature]*
                 Date                  *Signature of Server*

                                   King & Spalding, LLP
                                   1700 Pennsylvania Ave., NW, Suite 200
                                   Washington, DC 20006
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>Lawrence | C. Date of Delivery<br>6-9-09 |
| 1. Article Addressed to:<br><br>Michael O. Leavitt, Secretary<br>United States Department of Health<br>And Human Services<br>200 Independence Avenue, SW<br>Washington, DC  20201 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7007 2680 0000 6665 9163 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540