UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL O. LEAVITT, Secretary, )<br>    U.S. Department of Health )<br>    and Human Services, )<br><br>Defendant. ) | Case No. 1:08-CV-00946 |

## PRAECIPE

Defendant requests that the Clerk of the Court enter the appearance of Andrew B. Spalding as agency counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/ Andrew B. Spalding
ANDREW B. SPALDING
Attorney
D.C. Bar No. 501297
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
5309 Cohen Building
330 Independence Avenue S.W.
Washington, D.C. 20201
(202) 205-8705

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
    Counsel for Litigation

United States Department of
    Health and Human Services