UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>    U.S. Department of Health<br>    and Human Services,<br><br>    Defendant. | Case No. 1:08-CV-00946 |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 30-day enlargement of time, up to and including September 4, 2008, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on July 22, 2008, regarding the instant motion. Plaintiff, through counsel, has graciously consented to the requested extension. In support of the instant motion, the Secretary states as follows:

    1. Plaintiff instituted this action with the filing of its Complaint on June 3, 2008, and the current deadline for the Secretary's response to Plaintiff's Complaint is August 4, 2008. *See* Fed. R. Civ. P. 12(a)(2).

    2. Plaintiff challenges a decision by the Provider Reimbursement Review Board to deny certain Medicare reimbursement. The Medicare payment issues and legal issues in this action are complex and require careful investigation of the administrative record before the Secretary

answers or otherwise responds to the Complaint.

3. The Office of the Attorney Advisor ("OAA") within the Center for Medicare and Medicaid Services is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes and, thus, its workload is quite heavy.

4. The Secretary's counsel has not yet received the administrative record for this action from the OAA. Once it has received the administrative record, the Secretary's counsel will need time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.

5. Today, August 4, 2008, the Secretary's counsel was informed by OAA that he would be receiving the administrative record for this case on or about August 6, 2008.

5. Thus, the Secretary respectfully requests an enlargement of time of thirty days, up to and including September 4, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

6. The Secretary recognizes that this Court requires parties to file motions for enlargement of time four days in advance of the deadlines to which the motions relate. The Secretary had hoped to file the instant motion more than four days in advance of his current deadline to respond to the Complaint. However, it was not until today, August 4, 2008, that counsel for the Secretary received final confirmation from OAA that he would receive the administrative record for this case within the next several days—i.e., on or about August 6, 2008. If counsel for the Secretary had not received such confirmation from OAA by today, or had learned from OAA that delivery of the administrative record would be delayed substantially

beyond August 6, 2008, he would have sought an enlargement of greater than thirty days. Thus, the Secretary was unable to file the instant motion for an enlargement of time prior to today because, before today, he did not know the length of the extension he would need.

8. The instant motion for an enlargement of time is made in good faith and not for purposes of delay.

9. The Secretary has not previously requested or been given an extension of time to respond to Plaintiff's Complaint.

10. There are no other previously scheduled deadlines in this case that the instant motion would impact.

A proposed Order is attached.

                                Respectfully submitted,

                                /s/
                              JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

                              /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 307-0372
Facsimile: (202) 514-8780

      /s/
ANDREW B. SPALDING
Attorney
D.C. Bar No. 501297
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
5309 Cohen Building
330 Independence Avenue S.W.
Washington, D.C.  20201
(202) 205-8705

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL O. LEAVITT, Secretary,  )<br>   U.S. Department of Health  )<br>   and Human Services,  )<br>)<br>Defendant.  )<br>_____) | Case No. 1:08-CV-00946 |

## **ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Defendant's "Consent Motion"), and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including September 4, 2008, to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel